No. 25,129.

IDA SALTHOUSE, *Appellee*, v. THE BOARD OF COUNTY COMMISSION-ERS OF THE COUNTY OF MCPHERSON, *Appellant*.

No. 25,130.

C. L. HIGGINS, *Appellee*, v. THE BOARD OF COUNTY COMMISSION-ERS OF THE COUNTY OF MCPHERSON, *Appellant*.

ACTION to Recover Illegally Collected Taxes—Cases Submitted with *Salthouse v. McPherson County*, supra.

Appeals from McPherson district court; WILLIAM G. FAIRCHILD, judge. Opinion filed March 8, 1924. Modified and affirmed.

*Alex S. Hendry*, of McPherson, for the appellant.
*G. F. Gratton*, of McPherson, for the appellees.

These cases were submitted with *Salthouse v. McPherson County*, ante, p. 668, and involve the same questions. Upon the grounds stated in the opinion in that case the judgments are modified by striking out the clause making them bear interest, and as so modified they are affirmed.